IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

        Plaintiff,                      No. CIV S-09-0197 GGH P

    vs.

M. FISHER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of March 2, 2009. Good cause appearing, this request is granted.

        On March 18, 2009, plaintiff filed a request for a court order for additional law library access. Plaintiff allege that inmates with legal deadlines are only granted four hours of law library access per week. Plaintiff contends that this is insufficient time in which to prepare his amended complaint.

        Four hours of law library access should be sufficient time for plaintiff to prepare his amended complaint. If plaintiff is unable to prepare his amended complaint within that time, he may renew his request detailing the law library access he was granted, what he was able to accomplish within that time and why additional law library access is required to prepare the amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's March 12, 2009 request for an extension of time (Docket # 8) is granted;

2. Plaintiff's amended complaint is due within thirty days of the date of this order;

3. Plaintiff's March 18, 2009, motion for law library access (Docket # 9) is denied.

DATED: March 24, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
heil197.eot