IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS JOHN HEILMAN,

    Plaintiff,                   No. CIV S-09-0197 GGH P

   vs.

M. FISHER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of March 2, 2009. Good cause appearing, the request will be granted. No further extensions of time will be granted but for a showing of substantial cause.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's April 16, 2009, request for an extension of time (Docket No. 11) is granted; and

/////

/////

/////

/////

/////

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: April 23, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
heil0197.36sec